# Exhibit 1

7018 2290 0001 3523 6735

p. 2

CAUSE NO. 201947336

RECEIPT NO. 75.00 CTM

********** TR # 73645388

PLAINTIFF: INTERNATIONAL BAPTIST CHURCH OF HOUSTON
vs.
DEFENDANT: MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

In The 129th
Judicial District Court
of Harris County, Texas
129TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY BY SERVING THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS IN THE STATE OF TEXAS CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE

211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701 - 3218

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 12th day of July, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 12th day of July, 2019, under my hand and seal of said Court.




Issued at request of:
WILLIS, JAMES WINSTON
2211 NORFOLK ST, SUITE 800
HOUSTON, TX 77098
Tel: (713) 655-1405
Bar No.: 24088654

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: CUERO, NELSON 7MM//11274640

Unofficial Copy Office of Marilyn Burgess District Clerk

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ____________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________________

______________________________ ADDRESS

(a)ADDRESSEE

______________________________

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

______________________________

on ______ day of ____________________, ______
by U.S. Postal delivery to ______________________

This citation was not executed for the following reason: ______________________

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By ______________________________, Deputy

N.INT.CITM.P

*73645388*

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

7018 2290 0001 3523 6735

CAUSE NO. 201947336

RECEIPT NO. 75.00 CTM

********** TR # 73645388

PLAINTIFF: INTERNATIONAL BAPTIST CHURCH OF HOUSTON
vs.
DEFENDANT: MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY

In The 129th
Judicial District Court
of Harris County, Texas
129TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY BY SERVING THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS IN THE STATE OF TEXAS CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCORPORATING SERVICE

211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701 - 3218

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 12th day of July, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

This citation was issued on 12th day of July, 2019, under my hand and seal of said Court.




Marilyn Burgess

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Issued at request of:
WILLIS, JAMES WINSTON
2211 NORFOLK ST, SUITE 800
HOUSTON, TX 77098
Tel: (713) 655-1405
Bar No.: 24088654

Generated By: CUERO, NELSON 7MM//11274640

CLERK'S RETURN BY MAILING

Came to hand the ______ day of ______________________, ______, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

______________________

ADDRESS

______________________

(a) ADDRESSEE

Service was executed in accordance with Rule 106 (2) TRCP, upon the Defendant as evidenced by the return receipt incorporated herein and attached hereto at

______________________

on ______ day of ______________________, ________
by U.S. Postal delivery to ______________________

This citation was not executed for the following reason: ______________________

MARILYN BURGESS, District Clerk
Harris County, TEXAS

By ______________________, Deputy

Unofficial Copy Office of Marilyn Burgess District Clerk

N.INT.CITM.P

*73645388*







Unofficial Copy Office of Marilyn Burgess District Clerk

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

Unofficial Copy Office of Marilyn Burgess

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mesa Underwriters Specialty Insurance Company
c/o Corporation Service Company d/b/a
CSC-Lawyers Incorporating Service
211 East 7th Street, Suite 620
Austin, Texas 78701-3218

9590 9402 3161 7166 9374 84

2019-47336 129th COURT

2. Article Number (Transfer from service label)

7018 2290 0001 3523 6735

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X Kyle Ratzlaff

☐ Agent
☐ Addressee

B. Received by (Printed Name)

JUL 17 2019

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Kyle Ratzlaff

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt




United States
Postal Service

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2019 JUL 22 AM 11:43
07-22-19
BY
MAIL PROCESSING ADMIN

• Sender: Please print your name, address, and ZIP+4® in this box•

MARILYN BURGESS
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TX 77210-4651

Unofficial Copy Office of Marilyn Burgess